# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 13-5053** | **September Term, 2013** |
| | 1:12-cv-00280-RJL |
| | **Filed On:** April 25, 2014 |

Life Extension Foundation, Inc.,

    Appellant

  v.

Internal Revenue Service,

    Appellee

**BEFORE:** Garland, Chief Judge; Henderson, Rogers, Tatel, Brown, Griffith, Kavanaugh, Srinivasan, Millett, Pillard, and Wilkins, Circuit Judges; Edwards and Silberman, Senior Circuit Judges.

## O R D E R

Upon consideration of appellant's petition for rehearing en banc, and the absence of a request by any member of the court for a vote, it is

**ORDERED** that the petition be denied.

### Per Curiam

                                    **FOR THE COURT:**
                                    Mark J. Langer, Clerk
BY:    /s/
                                    Jennifer M. Clark
                                    Deputy Clerk